# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION

2000 Market Street, Suite 2300 · Philadelphia, PA 19103
(215) 575-2600 · Fax (215) 575-0856

| PENNSYLVANIA | OHIO |
|---|---|
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | **FLORIDA** |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Mount Laurel | Long Island |
| Roseland | New York City |
| | Westchester |
| **DELAWARE** | |
| Wilmington | |

Direct Dial: 215-575-2765
Email: Amschwartz@mdwcg.com

March 16, 2018

Honorable Jose L. Linares, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE: Melissa Reynolds v. Simon's Agency, Inc., et al.
USDC for the District of New Jersey
Civ. Act. No. 2:17-cv-04528-JLL-JAD
OUR FILE NO. 19039-00538**

Dear Chief Judge Linares:

I am sending this letter with the consent of the Pro Se Plaintiff, Melissa Reynolds, to notify this Honorable Court of the settlement of this matter between Defendant Simon's Agency, Inc., and Pro Se Plaintiff, Melissa Reynolds, only.

We have a fully executed release and we are waiting on the issuance of the settlement check to bring this matter to its conclusion as to Defendant Simon's Agency, Inc., only.

Respectfully,

Andrew M. Schwartz

cc: Melissa Reynolds
All Counsel of Record via ECF